IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUAN BURGOS, et al. )
)
v. ) NO. 3-15-1415
) JUDGE CAMPBELL
JBS CARRIERS, INC., et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 22), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiffs' Motion for Leave to Amend (Docket No. 16) is GRANTED as to the addition of Gary MacDonnell as a Defendant and DENIED as to the addition of Paccar Financial Corp. and Wells Fargo Equipment Finance, Inc. as Defendants.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE