IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUAN BURGOS and KRISTI COLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:15-cv-01415 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| DOE DEFENDANTS D, E, and F, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

**ORDER AND STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Juan Burgos and Kristi Cole, as evidenced by the signatures of counsel below, state that all matters and issues in controversy which were or could have been raised by and between Doe Defendants D, E, and F in connection with the above-captioned case have been resolved, and do hereby stipulate to the dismissal of this action with prejudice.

Counsel for Juan Burgos and Kristi Cole, by virtue of their signatures below, have verified Plaintiffs' compliance with T.C.A. § 71-5-117(g) and confirm there are no known TennCare subrogation claims of the State of Tennessee or any entity acting pursuant to T.C.A. § 71-5-117(f) that remain unaddressed in this action.

Counsel for Juan Burgos and Kristi Cole, by virtue of their signatures below, hereby advise and represent that any Medicare liens, workers' compensation liens, attorney's liens, or other subrogation liens have been or will be satisfied.

Counsel for Juan Burgos and Kristi Cole further verify that there are no hospital liens of record and/or which remain unsatisfied pursuant to T.C.A. § 29-22-101, et seq.

1

Further, the parties stipulate that each party shall bear their own attorney's fees, expenses, and costs.

All matters at issue have been resolved and the parties stipulate to the entry of this Order dismissing this action with prejudice without an award of attorneys' fees, expenses, or costs to any party.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that any and all claims against Doe Defendants D, E, and F, which were or could have been raised in this action, including the claims embodied in the Complaint and Amended Complaint, be, and the same hereby are, dismissed with prejudice.

It is further **ORDERED** that there shall not be an award of attorneys' fees, expenses, or costs to any party.

It is so **ORDERED**.

_____
**Judge Waverly D. Crenshaw Jr.**

Respectfully submitted and approved for entry,

s/ William B. Hicky
William B. Hicky (TN Bar #25452)
3102 West End Avenue, Suite 400
Nashville, TN 37203
Telephone: (615) 324-8777
E-mail: will@hickylaw.com

s/ Thomas F. Mink
Thomas F. Mink, II (TN Bar #06067)
P.O. Box 198742
219 Second Avenue North, Suite 400
Nashville, TN 37219-8742
Telephone: (615) 256-0138
E-mail: tmink@minkdukelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically through the Case Management/Electronic Case Filing (CM/ECF) system. Notice of this filing has been served via the CM/ECF system upon the following:

Mr. Thomas F. Mink, III
P.O. Box 198742
219 Second Avenue North, Suite 400
Nashville, TN 37219-8742
tmink@minkdukelaw.com

Mr. Gary R. Wilkinson
7100 Commerce Way, Suite 290A
Brentwood, TN 37027
wilking2@nationwide.com

Mr. W. W. Frank Wilbert (TN Bar #23090)
Mr. C. Joseph Hubbard (TN Bar #29226)
222 Second Ave. North, Suite 340-M
Nashville, TN 37201
frank.wilbert@kaygriffin.com
joseph.hubbard@kaygriffin.com

On this the 3rd day of November, 2017.

/s/ William B. Hicky
William B. Hicky